# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☐ Under Seal

**Judge Assigned:** Hon. Brinkema

City: 

Superseding Indictment: 

**Criminal No.** 1:25-CR-172

County: Fairfax

Same Defendant: 

**New Defendant:** X

Magistrate Judge Case No.: 

Arraignment Date: 

Search Warrant Case No.: 

R. 20/R. 40 From: 

## Defendant Information:

**Defendant Name:** Yvoune Kara Petrie

Alias(es): 

☐ Juvenile  FBI No.: 

**Address:** Leesburg, VA

**Employment:** 

**Birth Date:** xx/xx/1970  **SSN:** xxx-xx-2979  **Sex:** Female  **Race:** Caucasian  **Nationality:** 

**Place of Birth:**   **Height:** 5'6"  **Weight:** 200 lbs  **Hair:** Blonde  **Eyes:** Green  **Scars/Tattoos:** 

☐ Interpreter  **Language/Dialect:**   **Auto Description:** 

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in: 

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond 

## Defense Counsel Information:

**Name:** Kerry Verdi, Esq.  ☐ Court Appointed  **Counsel Conflicts:** 

**Address:** 1325 G St NW, Washington, DC 20005  ☒ Retained

**Phone:** (202) 449-7703  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Zachary H. Ray  **Phone:** (703) 299-3700  **Bar No.:** 

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1347 | Health Care Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 06/11/2025  **AUSA Signature:** *Zachary H. Ray*

*may be continued on reverse*